IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action Number 99-cr-00003-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JANET C. RUSS and
NAPOLEON H. RUSS,

        Defendants.

---

## ORDER DENYING PETITION FOR EXPUNGEMENT

---

On November 9, 2006, Janet Constance Russ and Napoleon Henry Russ filed, *pro se*, a pleading designated as motion or petition for relief by expungement and sealing of criminal records. The same relief was requested by a petition filed January 3, 2002, and pursuant to that petition, this Court directed that the Chief Probation Officer, Richard F. Miklic, respond to inform the petitioners that this Court has no authority to grant the relief requested. A copy of that response, dated February 5, 2002, is attached to this order. Janet and Napoleon Russ were sentenced to five years of probation and ordered to pay restitution to the Department of Housing and Urban Development by this Court on June 11,1999. The term of supervision was terminated on February 8, 2001. While this Court is aware of the effects of a felony conviction, it has no authority under the jurisdiction over the criminal case to eliminate those effects by expungement of that record or sealing it. The citation to 42 U.S.C. § 1983 is of no legal effect in this case.

It is

ORDERED that the pleading designated motion and petition for relief by expungement and sealing of criminal records (Doc. #65) is denied for lack of jurisdiction to grant any relief requested.

DATED: November 21st, 2006

BY THE COURT:

*[signature]*

Richard P. Matsch, Senior Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## PROBATION OFFICE

**RICHARD F. MIKLIC**
Chief Probation Officer

1961 Stout Street, Suite 525
Denver, CO 80294-0101
Phone: (303) 844-5424

Pretrial Services Division
1929 Stout Street, Room C-191
Denver, CO 80294-2900
Phone: (303) 844-5571

**RESPOND TO:** Denver

**FREDERICK G. BACH**
Deputy Chief Probation Officer

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

P.O. Box 3508
Grand Junction, CO 81502-3508
Phone: (970) 245-5396

103 Sheppard Drive, Suite 202
Durango, CO 81303-3439
Phone: (970) 385-9564

February 5, 2002

Ms. Janet Constance Russ
5469 South Curtice Street
Littleton, CO 80120

Dear Ms. Russ:

Judge Matsch has asked me to respond to your Petition for Relief by Expungement, which you filed on January 28, 2002. I regret to inform you that the court does not have the authority to grant the relief that you have requested. A presidential pardon may be of some help to you in your dealings with the State of Colorado and Social Services; however, you will not be eligible to apply for this relief until you have completed the required five-year waiting period, which began on the date of your conviction. You should also be aware that the federal pardon process is time-consuming and exacting, and that a presidential pardon will not erase or expunge your record of conviction. You may obtain more information about the presidential pardon process by writing to the following address:

> United States Department of Justice
> Office of the Pardon Attorney
> Washington, D.C. 20530

If I can be of any further assistance, please feel free to call me at (303) 335-2499.

Sincerely,

Richard F. Miklic
Chief U.S. Probation Officer

cc: Honorable Richard P. Matsch
United States District Judge

CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing order was mailed via U. S. Mail to the following on November _21_, 2006.

Napoleon and Janet Russ
9715 Ridge Road
Littleton, CO 80002

Napoleon and Janet Russ
5469 S. Curtice St.
Littleton, CO 80120

GREGORY C. LANGHAM, Clerk

By _____
      Deputy

3